In the Matter of the Claim of Amos Hall, Respondent, against Madelon Chapman and Carlton Chapman, Appellants. State Industrial Board, Respondent.— Appeal from an award of disability compensation made by the State Industrial Board pursuant to the provisions of the Workmen's Compensation Law. On August 20, 1937, claimant sustained a broken leg from an industrial accident. On December 28, 1937, while still disabled and using crutches, he stepped out of an automobile, slipped a bit, stepped harder than he should on the leg and broke it in the same place again. The State Industrial Board found these second injuries to be due to the accident of August 20, 1937, and made an award of disability compensation therefor. Award unanimously affirmed, with one bill of costs to claimant and State Industrial Board, to be divided between them equally; and disbursements to each. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

‹ In the Matter of the Claim of Harry Gubin, Respondent, against Leon Lederman, Inc., and The Ocean Accident & Guarantee Corporation, Ltd., Appellants. State Industrial Board, Respondent.— This is an appeal by the employer and the insurance carrier from an award made by the State Industrial Board. The sole question involved is whether the failure to give written notice of injury was properly excused. The employer was a manufacturing furrier and claimant was employed as an operator. While engaged in his regular occupation, a needle penetrated his finger. While it is conceded that he did not give his employer notice of injury within the time prescribed by the Workmen's Compensation Law, the State Industrial Board excused his failure so to do on the ground that claimant was not aware of the nature and seriousness of his injury and that after infection had resulted, he immediately obtained medical care and treatment and notified his employer. The evidence sustains the finding that the failure to give written notice of injury was properly excused. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.